GERMANO ET AL. *v.* KERNER, GOVERNOR OF
ILLINOIS, ET AL.

No. 636. Decided June 22, 1964.

*Bernard Kleiman, Lester Asher, John C. Melaniphy*
and *Charles S. Rhyne* for appellants.

*Howard J. Trienens* and *Gary L. Cowan* for appellees.

PER CURIAM.

The judgment below is reversed. *Reynolds* v. *Sims,*
377 U. S. 533; *Lucas* v. *Forty-Fourth General Assembly
of Colorado,* 377 U. S. 713. The case is remanded for fur-
ther proceedings consistent with the views stated in our
opinions in *Reynolds* v. *Sims* and in the other cases relat-
ing to state legislative apportionment decided along with
*Reynolds.*

MR. JUSTICE CLARK and MR. JUSTICE STEWART would
affirm the judgment, because, as the opinions of Judge
Campbell and Judge Schnackenberg demonstrate, 220 F.
Supp. 230, 235, the Illinois system of legislative apportion-
ment is entirely rational and does not frustrate effective
majority rule.

MR. JUSTICE HARLAN dissents for the reasons stated in
his dissenting opinion in *Reynolds* v. *Sims,* 377 U. S. 533,
589.

MR. JUSTICE GOLDBERG took no part in the considera-
tion or decision of this case.